UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                Plaintiff,

-against-

VINCENT DIBENEDETTO, et al.,

                Defendants.

25-CV-9426 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Given the developments outlined in Plaintiff's letter at ECF No. 22, this case is hereby STAYED.

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for March 4, 2026, at 11:00 a.m., is ADJOURNED *sine die.* The deadline to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 13, is also ADJOURNED *sine die.*

Plaintiff is directed to file a status update with the Court every 90 days from the date of this Order, until directed otherwise.

The Clerk of Court is respectfully directed to stay the case.

Dated:  February 24, 2026
       White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge